■ In the Matter of WALTER B., a Person Alleged to be a Juvenile Delinquent, Appellant.—Order, Family Court, Bronx County, entered on March 2, 1978, unanimously affirmed, without costs and without disbursements. (See *Matter of Jose L.,* 64 AD2d 598.) While there was no abuse of discretion, the better practice would be to refer a fact-finding hearing in the second case involving the same respondent to another Judge, if available. No opinion. Concur—Kupferman, J. P., Lane, Lupiano, Silverman and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRK BURNS, Appellant.—Judgment, Supreme Court, New York County, rendered on October 5, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Lane, Lupiano, Silverman and Lynch, JJ.